UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CASE NO. 3:16-CV-285-GCM-DCK |
| v. | |
| RICHARD W. DAVIS, JR., | |
| Defendant, and | |
| DCG REAL ASSETS, LLC, *et al.*, | |
| Relief Defendants. | |

## ORDER ABANDONING REAL PROPERTY FROM THE RECEIVERSHIP ESTATE

This matter came before the Court on the *Receiver's Motion for Abandonment of Real Property* filed on September 1, 2016 (the "Motion"). The Court, having reviewed the Motion and the record in this case, has determined that notice was proper, that there have been no objections thereto and the Motion should be allowed.

IT IS, THEREFORE, ORDERED that:

1) The Motion is GRANTED.

2) Real Property deeded to H20, LLC at 12881 U.S. Highway 221, Marion, McDowell County, North Carolina, Tax Parcel Number 1717-00-24-5000 is hereby abandoned from the Receivership Estate.

Signed: 16 Sept 16, 2016

United States District Court Judge