IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>   Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>   Relief Defendants. | **TEMPORARY ORDER ALLOWING EMERGENCY MOTION TO SEAL** |

This matter came before the Court upon the *Emergency Motion to Seal Motion and Order to Aid in the Retrieval of Receivership Property* filed on November 9, 2016 (Doc. No. 70) (the "Motion to Seal") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel, seeking an Order from this Court temporarily sealing a motion seeking an order aiding the Receiver in the retrieval of certain receivership property (the "Motion for Assistance") and the order granting the Motion for Assistance, if entered (the "Order Granting Assistance"). The Court, having reviewed the Motion to Seal and the record in this case, has determined that the Motion to Seal should be allowed.

**IT IS, THEREFORE, ORDERED** that

1. The Motion to Seal is temporarily GRANTED; and

2. The Motion for Assistance and Order Granting Assistance shall be temporarily sealed pending further Order of this Court.

**SO ORDERED.**


Signed: November 10, 2016

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge