IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD W. DAVIS, JR.,

    Defendant,

and

DCG REAL ASSETS, LLC, *et al.*,

    Relief Defendants.

**ORDER GRANTING MOTION TO ABANDON CERTAIN PERSONAL PROPERTY**

This matter came before the Court upon the *Motion to Abandon Certain Personal Property of the Receivership Estate* filed on December 20, 2016 (Doc. No. 76) (the "Motion") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. It appears that notice of the Motion was proper and that no objections were filed in response to the Motion. The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that

1. The Motion is GRANTED; and

2. The Receiver is authorized to ABANDON the 2014 Dodge RAM 2500 titled to Richard Davis Enterprises, LLC, VIN 3C6UR5PL3EG129266, which abandonment shall take effect immediately upon entry of this Order on the electronic docket.

**SO ORDERED.**

Signed: January 5, 2017

Graham C. Mullen
United States District Judge