**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>                      Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>                      Relief Defendants. | CASE NO. 3:16-CV-285-GCM-DCK |

**ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION TO (1) EMPLOY PAUL GADD & ASSOCIATES TO APPRAISE REAL PROPERTY IN CALDWELL COUNTY, NORTH CAROLINA AND (2) EMPLOY COLDWELL BANKER BOYD & HASSELL, INC. TO MARKET AND SELL REAL PROPERTY IN CALDWELL COUNTY, NORTH CAROLINA**

      The court having considered the *Ex Parte* Application of A. Cotten Wright, Receiver in the above-captioned action to employ Paul Gadd & Associates ("Gadd") to provide an appraisal of real property described as 5330 Beacon Ridge Drive, Granite Falls, North Carolina (the "NC Real Property") for the Receiver; and to enter into a real estate Listing Agreement with Coldwell Banker Boyd & Hassell, Inc. to market and list for sale the NC Real Property, and it appearing that these service professionals are disinterested parties and that the employment of each by the Receiver is in the best interest of this estate, it is hereby:

      **ORDERED** that the Trustee is authorized to employ Gadd to appraise the NC Real Property for the sum of $350.00 and to enter into the Listing Agreement with Coldwell Banker Boyd & Hassell, Inc. further order of the Court.

Signed: January 23, 2017

*[signature]*

Graham C. Mullen
United States District Judge