# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>    Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>    Relief Defendants. | CASE NO. 3:16-CV-285-GCM-DCK |

## ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION TO (1) EMPLOY T.B. HARRIS & ASSOCIATES TO APPRAISE REAL PROPERTY IN HUNTERSVILLE, MECKLENBURG COUNTY, NORTH CAROLINA AND (2) EMPLOY TRINITY PARTNERS, LLC TO MARKET AND SELL REAL PROPERTY

  The court having considered the *Ex Parte* Application of A. Cotten Wright, Receiver in the above-captioned action to employ T.B. Harris & Associates ("T.B. Harris") to provide an appraisal of real property described as commercial property at 11711 Alexandriana Rd., Huntersville, Mecklenburg County, North Carolina (the "Real Property") for the Receiver; and to enter into a real estate Listing Agreement with Trinity Partners, LLC to market and list for sale the Real Property, and it appearing that these service professionals are disinterested parties and that the employment of each by the Receiver is in the best interest of this estate, it is hereby:

  **ORDERED** that the Trustee is authorized to employ T.B. Harris to appraise the Real Property for the sum of $2,350.00 and to enter into the Listing Agreement with Trinity Partners, LLC with the consummation of any sale being subject to court approval.

Signed: February 8, 2017

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge