**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>                      Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>                      Relief Defendants. | CASE NO. 3:16-CV-285-GCM-DCK |

**ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION TO EMPLOY UNITED COUNTRY COLLINS AND ASSOCIATES TO MARKET AND SELL REAL PROPERTY LOCATED IN INDEPENDENCE, GRAYSON COUNTY, VIRGINIA**

      The court having considered the *Ex Parte* Application of A. Cotten Wright, Receiver in the above-captioned action to enter into a real estate Listing Agreement with United Country Collins and Associates to market and list for sale real property described as 3122 and 3492 Elk Creek Parkway, Tax Map 52-A-43, 52-A-43A and 53-A-43B, Independence, Grayson County, Virginia, deeded to H2O, LLC, and it appearing that this professional is a disinterested party and that the employment by the Receiver is in the best interest of this estate, it is hereby:

      **ORDERED** that the Trustee is authorized to enter into the Listing Agreement with United Country Collins and Associates with the consummation of any sale being subject to court approval.

Signed: February 27, 2017

Graham C. Mullen
United States District Judge