## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:16-CV-285

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>          **Defendant,**<br>**and**<br><br>DCG REAL ASSETS, LLC, *et al*.,<br><br>          **Relief Defendants.** | **ORDER GRANTING APPLICATION TO EMPLOY DEBBIE T. SMITH TO APPRAISE REAL PROPERTY LOCATED AT 9137 MT. HOLLY-HUNTERSVILLE ROAD** |

This matter came before the Court upon the *Application to Employ Debbie T. Smith to Appraise Real Property Located at 9137 Mt. Holly-Huntersville Road* filed on February 16, 2017 (Doc. No. 87) (the "Application") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. It appears that notice of the Application was proper, that Debbie T. Smith is a disinterested person, and that no objections were filed in response to the Application. The Court, having reviewed the Application and the record in this case, has determined that the Application should be approved.

**IT IS, THEREFORE, ORDERED** that the Receiver is authorized to employ Debbie T. Smith to appraise the real property described in the Application, upon the terms and conditions set forth more fully in the Application.

**SO ORDERED.**

Signed: March 8, 2017

Graham C. Mullen
United States District Judge