# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-CV-285

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>        Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>        Relief Defendants. | **ORDER GRANTING MOTION TO ABANDON CERTAIN PERSONAL PROPERTY AND DIRECTING DEFENDANT TO REMOVE PERSONAL PROPERTY** |

This matter came before the Court upon the *Motion to Abandon Any Interest in Certain Personal Property That May Be Held by the Receivership Estate and Directing Defendant to Remove Personal Property* (this "Motion") filed on March 16, 2017 (Doc. No. 93) (the "Motion") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. It appears that notice of the Motion was proper and that no objections were filed in response to the Motion. The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that

1. The Motion is GRANTED; and

2. The Receiver is authorized to ABANDON any interest in furniture, household goods and other personal property ("Personal Property") located at 9137 Mount Holly-Huntersville Road, Huntersville, North Carolina (the "House") which abandonment shall take effect immediately upon entry of this Order on the electronic docket; and

3. The Defendant is Ordered to remove the Personal Property from the House within fourteen (14) days of the entry of this Order.

**SO ORDERED.**

Signed: April 4, 2017

Graham C. Mullen
United States District Judge