**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:16-CV-285-GCM**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>          Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>          Relief Defendants. | ORDER GRANTING MOTION FOR AUTHORITY TO ENTER INTO EASEMENT AGREEMENT IN EXCHANGE FOR CONSIDERATION |

      The court having considered the *Motion for Authority to Enter Into Easement Agreement in Exchange for Consideration* of A. Cotten Wright, Receiver in the above-captioned action, and it appearing that approval of the Motion permitting the Receiver to collect $5,350.00 in exchange for granting a sewer easement across Receivership property located at 11711 Alexanderana Road, Huntersville, North Carolina would be in the best interest of this estate, it is hereby:

      **ORDERED** that the Trustee is authorized to enter into the proposed Easement Agreement with Bluegreen Capital Partners I, LLC in exchange for consideration of $5,350.00.

Signed: April 18, 2017

Graham C. Mullen
United States District Judge