# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:16-CV-285-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>　　　　Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>　　　　Relief Defendants. | ORDER |

　　　　This matter is before the Court upon the Receiver's Motion for Instructions as to Permissible Involvement of Richard W. Davis, Jr. in Liquidating Receivership Estate Property, filed May 11, 2017. For good cause shown, Richard W. Davis, Jr. is hereby directed to cease all use of any email addresses associated with the Receivership Defendants. Furthermore, Mr. Davis is directed to respond to the Receiver's motion addressing what activities that he may be allowed to undertake in connection with liquidating Receivership assets. Such response must be filed within ten days. The Court will thereafter schedule a hearing with regard to this issue.

　　　　IT IS SO ORDERED.

Signed: May 19, 2017

Graham C. Mullen
United States District Judge