UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>Relief Defendants. | CASE NO. 3:16-CV-285-GCM-DCK |

### ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION TO EMPLOY MORRIS DEPEW REALTY TO MARKET AND SELL REAL PROPERTY IN MECKLENBURG COUNTY, NORTH CAROLINA

The court having considered the *Ex Parte* Application of A. Cotten Wright, Receiver in the above-captioned action to enter into a real estate Listing Agreement with Morris Depew Realty ("Morris") to market and list for sale real property described as 9137 Mt. Holly-Huntersville Road, Huntersville, North Carolina (the "Real Property") for the Receiver; and it appearing that this professional is a disinterested party and that the employment by the Receiver is in the best interest of this estate, it is hereby:

**ORDERED** that the Trustee is authorized to enter into the Listing Agreement with Morris Depew Realty to market for sale the Real Property subject to further order of the Court.

Signed: May 24, 2017

Graham C. Mullen
United States District Judge