**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:16-CV-285**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**RICHARD W. DAVIS, JR.,**<br><br>　　　　　　**Defendant,**<br>**and**<br><br>**DCG REAL ASSETS, LLC, *et al.*,**<br><br>　　　　　　**Relief Defendants.** | **ORDER APPROVING MINING<br>EQUIPMENT AUCTION** |

This matter came before the Court upon the *Motion for Authority to Engage Auctioneer and to Auction Mining Equipment* filed on October 31, 2017 (Doc. No. 149) (the "Motion") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. It appears that notice of the Motion was proper and that no objections were filed in response to the Motion. The Court—having reviewed the Motion and the record in this case—has determined that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Receiver is authorized to engage Ritchie Bros. Auctioneers as auctioneer and to auction all of the Mining Equipment described in the Motion pursuant to terms and conditions substantially similar to those set forth in the Proposed Auction Contract referenced in the Motion, without additional confirmation by the Court.

**SO ORDERED.**

Signed: November 15, 2017

Graham C. Mullen
United States District Judge