IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

RICHARD W. DAVIS, JR.,

        Defendant,
and

DCG REAL ASSETS, LLC, *et al.*,

        Relief Defendants.

ORDER GRANTING MOTION FOR
AUTHORITY TO SELL REAL
PROPERTY FREE AND CLEAR OF
LIENS – VACANT RESIDENTIAL LOT

This matter came before the Court upon the *Motion for Authority to Sell Real Property Free and Clear of Liens – Vacant Residential Lot - Outside of the Case Procedures Due to Special Circumstances* (Doc. No. 169) (the "Motion") filed by A. Cotten Wright, the duly-appointed receiver in the above-captioned action, through counsel. It appears that notice of the Motion was proper, the deadline to object to the Motion has expired and that no objections were filed in response to the Motion.

The Court, having reviewed the Motion and the record in this case, has determined that it would be in the best interest of the receivership estate to permit the Receiver to sell certain real property—described 5330 Beacon Ridge Dr., Granite Falls, North Carolina 28630, Caldwell County Tax Parcel No. 2795034315, Lot 49 of Anchor's Landing, Section 5, as recorded in Plat Book 189, Page 144 of the Caldwell County Registry (the "Real Property") pursuant to the terms of the *Offer to Purchase and Contract – Vacant Lot/Land*, a copy of which is attached to the

1

Motion as "Exhibit A" (the "Second Contract").

**IT IS, THEREFORE, ORDERED** that

(1)  The Motion is granted;

(2)  The Receiver is authorized to close on the sale of the Real Property pursuant to the terms of the Second Contract including executing necessary documentation customary in real estate closings such as deeds, lien waivers, 1099 forms and other similar documents;

(3)  The sale shall be free and clear of liens with any lien attaching to proceeds; and

(4)  The Receiver is authorized to deposit the Sale proceeds, net of the realtor commissions, taxes, closing costs, and other expenses typically paid by the sellers in a real property transaction, to the Receivership bank account.

**SO ORDERED.**

Signed: February 16, 2018

Graham C. Mullen
United States District Judge