IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

RICHARD W. DAVIS, JR.,

        Defendant,

and

DCG REAL ASSETS, LLC, *et al.*,

        Relief Defendants.

*EX PARTE* ORDER CONFIRMING
SALE OF DUMP TRUCK

This matter came before the Court upon the Ex Parte *Motion to Confirm Sale of Dump Truck* filed on April 13, 2018 (Doc. No. 182) (the "Motion") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. The Court—having reviewed the Motion and the record in this case—has determined that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Receiver's sale of the 2000 Ford F-650 Dump Truck, VIN 3FDNF6563YMA17237—free and clear of liens, with any valid liens transferring to the proceeds of the sale—to Scott or Allyson Nicholson of 570 Keeling Road (P.O. Box 55556), North Pole, AK 99705 is CONFIRMED.

**SO ORDERED.**

Signed: April 18, 2018

Graham C. Mullen
United States District Judge