UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>Relief Defendants. | CASE NO. 3:16-CV-285<br><br>ORDER ON AMENDED REPORT OF CLAIMS, OBJECTIONS TO CLAIMS AND RECOMMENDATIONS REGARDING CLAIMS |

This matter came before the Court on the *Amended Report of Claims, Objections to Claims and Recommendations Regarding Claims* (the "Amended Claims Report") (Doc. No. 192) filed by A. Cotten Wright as Receiver (the "Receiver") in this case, through counsel. The Amended Claims Report reflected revised recommendations as to claims submitted by investors in the various Relief Defendants that were previously made in the *Receiver's Report of Claims, Objections to Claims and Recommendations Regarding Claims* filed on May 15, 2018 (Doc. No. 186).

It appears that notice of the Amended Claims Report was proper, and no responses to the Amended Claims Report were filed. However, the Trustee received additional information as to Claim 137 indicating that the allowed amount of that claim should be increased from $43,960.00 to $70,779.18.

1

The Court, having reviewed the Amended Claims Report and the record in this case, has determined that the Amended Claims Report should be allowed and that the Receiver's recommended treatment of claims as set out in **Exhibit A** should be approved.

IT IS, THEREFORE, ORDERED that:

1) The relief requested in the Amended Claims Report is GRANTED; and

2) The Receiver's recommendations as to the allowance and disallowance of claims as set forth in the attached **Exhibit A** are approved.

**SO ORDERED.**

Signed: July 24, 2018

Graham C. Mullen
United States District Judge

# EXHIBIT A
# ORDER ON AMENDED CLAIMS REPORT

| Claim No. | Allowed Claim Amount | Claim No. | Allowed Claim Amount | Claim No. | Allowed Claim Amount |
|---|---|---|---|---|---|
| 1 | $21,000.00 | 102 | $70,899.60 | 137 | $70,779.18 |
| 2 | $50,000.00 | 103 | $139,069.00 | 138 | $50,000.00 |
| 3 | $250,000.00 | 105 | $26,467.00 | 139 | $82,450.00 |
| 4 | $40,000.00 | 106 | $131,646.16 | 140 | $40,000.00 |
| 5 | $711,080.92 | 107 | $103,495.46 | 142 | $405,791.63 |
| 6 | $93,080.89 | 108 | $257,103.49 | 143 | $102,900.00 |
| 7 | $33,563.33 | 109A | $93,825.00 | 144 | $37,089.04 |
| 8 | $20,000.00 | 109B | $30,000.00 | 145 | $30,000.00 |
| 9 | $40,000.00 | 110 | $129,513.89 | 146 | $100,000.00 |
| 10 | $50,000.00 | 111 | $250,000.00 | 147 | $25,000.00 |
| 13 | $25,000.00 | 112 | $544,190.58 | 148 | $15,500.00 |
| 14 | $858,863.84 | 113 | $380,088.19 | 149A | $85,000.00 |
| 18 | $50,000.00 | 115 | $150,438.99 | 149B | $219,548.93 |
| 19 | $50,000.00 | 116 | $26,516.56 | 149C | $87,878.00 |
| 20 | $25,000.00 | 117 | $834,128.94 | 150 | $240,100.00 |
| 21A | $191,605.00 | 118 | $8,795.55 | 151 | $0.00 |
| 21B | $23,051.00 | 119 | $17,917.12 | 152 | $276,567.00 |
| 23 | $115,000.00 | 120 | $127,087.60 | 153 | $9,253.17 |
| 24 | $0.00 | 121 | $132,535.62 | 154 | $75,000.00 |
| 25 | $100,000.00 | 122A | $1,558.39 | 155 | $21,775.40 |
| 26 | $44,842.00 | 122B | $114,295.75 | 156 | $21,000.00 |
| 27 | $50,000.00 | 122C | $152,328.09 | 157 | $68,354.63 |
| 28 | $427,783.00 | 124 | $100,000.00 | 159A | $109,590.01 |
| 29 | $315,832.00 | 125 | $50,000.00 | 159B | $150,000.00 |
| 31 | $0.00 | 126 | $49,400.00 | 159C | $10,000.00 |
| 36 | $87,701.89 | 127A | $155,000.00 | 159D | $50,000.00 |
| 37 | $50,000.00 | 127B | $0.00 | 159E | $444,486.78 |
| 39 | $50,000.00 | 127C | $927,592.00 | 159F | $60,000.00 |
| 40 | $205,816.91 | 128A | $61,000.00 | 160 | $0.00 |
| 42 | $268,000.00 | 128B | $192,500.00 | 161 | $64,313.25 |
| 43A | $150,000.00 | 128C | $98,369.70 | 162 | $150,000.00 |
| 43B | $232,040.10 | 129 | $194,637.00 | | |
| 45 | $200,000.00 | 130 | $870,370.00 | | |
| 46 | $20,862.44 | 131 | $50,000.00 | | |
| 47 | $34,822.70 | 132 | $50,000.00 | | |
| 50 | $36,498.42 | 133 | $1,000.00 | | |
| 51 | $31,373.00 | 134 | $302,869.75 | | |
| 53 | $116,882.00 | 135 | $51,000.00 | | |
| 101 | $546,505.98 | 136 | $16,500.00 | | |