**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>    Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>    Relief Defendants. | CASE NO. 3:16-CV-285<br><br>**ORDER ON RECEIVER'S OBJECTION TO CLAIM SUBMITTED BY THE HENDERSON LAW FIRM** |

This matter came before the Court on *the Receiver's Objection to Claim Submitted by the Henderson Law Firm* (the "Objection") filed on July 31, 2018 by A. Cotten Wright, the Court appointed receiver in this case (the "Receiver"). (Doc. No. 205). It appears that notice of the Objection was proper, and no responses to the Objection were filed.

The Objection was filed in response to a vendor claim submitted by the Henderson Law Firm in the amount of $8,572.44 (the "Henderson Claim"). The Henderson Claim was based on pre-receivership representation provided to Receivership Defendant Huntersville Plaza Phase Two, LLC in its voluntary bankruptcy case.

In the Objection, the Receiver recommended that the Henderson Claim be allowed in the reduced amount of $8,368.44.

The Court, having reviewed the Objection and the record in this case, has determined that the Objection should be approved.

1

**IT IS, THEREFORE, ORDERED** that the claim submitted by the Henderson Law Firm is ALLOWED in the reduced amount of $8,368.44.

**SO ORDERED.**

Signed: August 27, 2018

Graham C. Mullen
United States District Judge