# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        Plaintiff,<br><br>v.<br><br>**RICHARD W. DAVIS, JR.,**<br><br>        Defendant,<br>and<br><br>**DCG REAL ASSETS, LLC,** *et al.***,**<br><br>        **Relief Defendants.** | **CASE NO. 3:16-CV-285**<br><br>**ORDER ON RECEIVER'S MOTION FOR ORDER ALLOWING CERTAIN LATE CLAIMS** |

This matter came before the Court on the *Receiver's Motion for Order Allowing Certain Late Claims* (the "Late Claims Motion") (Doc. No. 208) filed by A. Cotten Wright as Receiver (the "Receiver") in this case, through counsel. The Late Claims Motion reflected the Receiver's recommendations regarding certain claims that were submitted after the deadline for claims in this case by Investors who did not receive notice of that deadline.

It appears that notice of the Late Claims Motion was proper, and no responses to the Late Claims Motion were filed.

The Court, having reviewed the Late Claims Motion and the record in this case, has determined that the Late Claims Motion should be allowed and that the Receiver's recommended treatment of claims as set out in **Exhibit A** should be approved.

IT IS, THEREFORE, ORDERED that:

1)     The relief requested in the Late Claims Motion is GRANTED; and

1

2) The Receiver's recommendations as to the allowance and disallowance of claims as set forth in the attached **Exhibit A** are approved.

**SO ORDERED.**

Signed: August 27, 2018

Graham C. Mullen
United States District Judge

# EXHIBIT A

| Claim No. | Alleged Claim Amount | Reason for Objection | Recommended Allowed Claim Amount |
|---|---|---|---|
| 163 | $109,529.59 | N/A | $109,529.59 |
| 164 | $148,853.70 | N/A | $148,853.70 |