IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD W. DAVIS, JR.,

    Defendant,

and

DCG REAL ASSETS, LLC, *et al.*,

    Relief Defendants.

**ORDER APPROVING SETTLEMENT WITH RAY E. BLUFF, III AND WILLOW CREEK PLACER GROUP, LLC**

This matter came before the Court upon the *Motion to Approve Settlement With Ray E. Bluff, III and Willow Creek Placer Group, LLC* filed on October 31, 2018 (Doc. No. 225) (the "Motion") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. It appears that notice of the Motion was proper and that no objections were filed. The Court—having reviewed the Motion, and the record in this case—has determined that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that:

(A) the Receiver is authorized to enter into the settlement described in the Motion and documented in the Settlement Agreement attached to the Motion; and

(B) the Receiver is authorized to enter into, and perform under, the Settlement Agreement.

**SO ORDERED.**

Signed: November 19, 2018

Graham C. Mullen
United States District Judge