**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>　　　　　Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>　　　　　Relief Defendants. | CASE NO. 3:16-CV-285<br><br>ORDER GRANTING RECEIVER'S MOTION FOR ALLOWANCE OF CERTAIN LATE CLAIMS |

　　　　This matter came before the Court on the *Receiver's Motion for Order Allowing Certain Late Claims* (the "Motion") filed by A. Cotten Wright, the receiver in this case (the "Receiver"), through counsel, on December 12, 2018 (Doc. No. 231). It appears that notice of the Motion was proper, and no objections were filed in response to the Motion.

　　　　The Motion was brought in connection with claims submitted by four (4) investors who did not get notice of this case or the claims deadline (the "Additional Late Claims"). The Receiver represented in the Motion that the Additional Late Claims were adequately supported by the investor-claimants and appeared to be consistent with the records available to the Receiver. For those reasons, the Receiver requested that the Additional Late Claims be allowed.

　　　　The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be approved.

1

**IT IS, THEREFORE, ORDERED** that:

1) The Motion is GRANTED;

2) Claim 167 is ALLOWED in the amount of $100,000.00;

3) Claim 168 is ALLOWED in the amount of $69,350.00;

4) Claim 169 is ALLOWED in the amount of $319,570.00; and

5) Claim 170 is ALLOWED in the amount of $300,000.00.

**SO ORDERED.**

Signed: December 27, 2018

Graham C. Mullen
United States District Judge