| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>Relief Defendants. | ORDER GRANTING MOTION FOR AUTHORITY TO SELL REAL PROPERTY - 3122 ELK CREEK PARKWAY, INDEPENDENCE, VIRGINIA - FREE AND CLEAR OF LIENS |

This matter came before the Court upon the *Motion for Authority to Sell Real Property – 3122 Elk Creek Parkway, Independence Virginia - Free and Clear of Liens* (Doc. No. 233) (the "Motion") filed on December 20, 2018 by A. Cotten Wright, the duly-appointed receiver in the above-captioned action, through counsel.  It appears that notice of the Motion was proper, the deadline to object to the Motion has expired and that no objections were filed in response to the Motion.

The Court, having reviewed the Motion and the record in this case, has determined that it would be in the best interest of the receivership estate to permit the Receiver to sell certain real property—described 3122 Elk Creek Parkway, Independence, Grayson County, Virginia, Tax Parcel Nos. 52-A-43, 52-A-43A and 52-A-43B (the "Real Property") pursuant to the terms of the Commercial Purchase Agreement, a copy of which is attached to the Motion  as "Exhibit A" (the "Contract").

**IT IS, THEREFORE, ORDERED** that

(1)     The Motion is granted;

(2)     Absent an overbid made on or before January 24, 2019, the Receiver is authorized to close on the sale of the Real Property pursuant to the terms of the Contract including executing necessary documentation customary in real estate closings such as deeds, lien waivers, 1099 forms and other similar documents;

(3)     The sale shall be free and clear of liens with any lien attaching to proceeds; and

(4)     The Receiver is authorized to deposit the Sale proceeds, net of the realtor commissions, taxes, closing costs, and other expenses typically paid by the sellers in a real property transaction, to the Receivership bank account and to thereafter disburse such proceeds pursuant to the Order Approving Settlement with Kenneth M. Hageman Revocable Trust (Doc. No. 95 and 104).

**SO ORDERED.**

Signed: January 10, 2019

Graham C. Mullen
United States District Judge