# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## NO. 3:16-cv-285-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br>and<br>DCG REAL ASSETS, LLC, *et al*<br>Relief Defendants,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ja'Nekia W. Barton,** filed March 13, 2019 (Doc. No. 248).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Barton is admitted to appear before this court *pro hac vice* on behalf of Defendant, Kenyatta Lucas.

**IT IS SO ORDERED.**

Signed: March 21, 2019

Graham C. Mullen
United States District Judge