**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CV-285**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD W. DAVIS, JR.,<br><br>　　　　　　Defendant,<br>and<br><br>DCG REAL ASSETS, LLC, *et al.*,<br><br>　　　　　　Relief Defendants. | ORDER APPROVING FINAL APPLICATION FOR COMPENSATION TO GRIER WRIGHT MARTINEZ, PA, ATTORNEYS FOR THE RECEIVER |

This matter came before the Court upon the *Final Application for Compensation to Grier Wright Martinez, PA, Attorneys for the Receiver* filed on December 11, 2019 (Doc. No. 283) (the "Grier Final Application") by A. Cotten Wright, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel. The Court finds and concludes as follows:

Notice of the Grier Final Application was served upon the parties hereto as required by law. No party in interest filed a timely objection to the Grier Final Application.

It appears that the Grier Final Application conforms to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

Grier Wright Martinez, PA has rendered valuable services to the Receiver during this civil proceeding, for which Grier Wright Martinez, PA has received no compensation and the reasonable value of services as yet uncompensated is at least $3,245.50.

Grier Wright Martinez, PA is also entitled to reimbursement of actual and necessary expenses incurred in the administration of the receivership in the amount of $0.00.

The Orders appointing the Receiver limit the compensation and expense reimbursement available to the Receiver's professionals to thirty percent (30%) of any net recovery. The Receiver has completed recovery of any available assets in this case. The total of the Grier Final Application together with pending requests and prior administrative expenses falls below the limit on professional fees set forth in the Orders appointing the Receiver. Therefore, the Court approves the Final Application for Compensation.

**IT IS, THEREFORE, ORDERED** that

1. The Grier Final Application is **APPROVED**;

2. Grier Wright Martinez, PA is **AWARDED** professional fees in the amount of $3,245.50 and reimbursement of expenses in the amount of $0.00; and

3. The Receiver is **AUTHORIZED** to compensate Grier Wright Martinez, PA for any approved but unpaid fees and expenses in an amount not in excess of 30% of the total net amount recovered by the Receiver over the course of this case.

**SO ORDERED.**

Signed: January 2, 2020

Graham C. Mullen
United States District Judge