# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | **CASE NO. 3:16-CV-285** |
| v. | |
| RICHARD W. DAVIS, JR., | **ORDER DIRECTING DISBURSEMENT OF CERTAIN PREVIOUSLY UNCLAIMED FUNDS TO CLAIMANTS** |
| Defendant, | |
| and | |
| DCG REAL ASSETS, LLC, *et al*., | |
| Relief Defendants. | |

This matter came before the Court on the *Motion for Order Directing Disbursement of Certain Previously Unclaimed Funds to Claimants* (the "Motion") (Doc. No. 300) filed in reference to the *Notice of Deposit of Unclaimed Funds to Court Registry* filed on October 5, 2020, Doc. No. 293 (the "Notice"). According to the Notice, unclaimed funds with respect to the claims shown below were turned over to the Court Registry on or about October 5, 2020:

- Claim No. 159E - $342.53; and

- Claim No. 159F - $46.23.

The holders of Claim Nos. 159E and 159F have requested that the Court disburse those previously unclaimed funds to them.

The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that:

1)      The Motion is GRANTED and

1

2)    The Clerk is directed to disburse $342.53 to the holder of Claim No. 159E and $46.23 to the holder of Claim No. 159F, with the names and addresses of those claimants to be provided by the receiver.

**SO ORDERED.**

Signed: April 1, 2021

Graham C. Mullen
United States District Judge